

# THE LAW OFFICES OF
# MARKIAN R. SLOBODIAN

801 NORTH SECOND STREET, HARRISBURG, PA 17102

MARKIAN R. SLOBODIAN, ESQ.

January 26, 2016

U. S. Bankruptcy Court
**ATTN: Clerk**
P. O. Box 908
Harrisburg, PA 17108-0908

    Re:    Small Check Distribution for:
             Luis Eduardo & Rut Elena Guzman
             Bankruptcy No. 1-14-bk-04154-MDF

Dear Clerk:

    Enclosed is a check in the amount of $3.48 that represents claimants which were entitled to a distribution amount under $5.00. Also enclosed is a report that outlines the claims.

    If you have any questions, please do not hesitate to contact me.

                                Very truly yours,

                                Markian R. Slobodian
                                Chapter 7 Trustee

Enclosures
MRS/jlh

FILED HARRISBURG, PA
2016 JAN 27 AM 11:16
CLERK
U.S. BANKRUPTCY COURT

# Claims Distribution Small Checks

**Trustee: Markian R Slobodian (580580)**

**Case:** 14-04154 - GUZMAN, LUIS EDUARDO

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Payee: | Clerk | | | Check Amount: | | $3.48 |
| 5012211266 | 107 | 01/21/16 | 3 | 07/16/15 | 610 | Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | 59.85 | 59.85 | 0.55 | 0.55 |
| | | | 5 | 08/26/15 | 610 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | 320.21 | 320.21 | 2.93 | 2.93 |

(*) Denotes objection to Amount Filed